IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CRIMINAL NO. 21-CR-40052-JPG |
| | ) |
| LESTER AARON TAYLOR, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF FACTS**

Comes now the United States of America, by and through its attorneys, Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and George A. Norwood, Assistant United States Attorney, together with the defendant, LESTER AARON TAYLOR, and his counsel of record, Joseph Flees, and herewith enter into the following stipulation of facts consistent with Section 1B1.3 of the United States Sentencing Guidelines pertaining to the defendant's relevant conduct.

**Count 1**

From on or about July 2020, until on or about June 2021, in Jackson, Williamson, and Alexander Counties, within the Southern District of Illinois, the Defendant and others agreed to commit a crime - the distribution of methamphetamine.

During the course of the conspiracy, the Defendant was obtaining dealer amounts of methamphetamine from co-conspirator Cameron Robinson and then redistributing the methamphetamine. Robinson would "front" (provided on consignment) methamphetamine to the defendant. The defendant would then front some of the methamphetamine to co-defendant Dustin Mezo for resale. The defendant also fronted Greg Smith some of the methamphetamine

1

that the defendant obtained from Robinson. On occasion, the defendant and Smith traveled together to Cairo, Illinois, to obtain methamphetamine from Robinson. In addition, on some occasions, the defendant traveled with co-defendant Dustin Macri to get methamphetamine from Robinson.

In the defendant's final transaction with Robinson, which occurred on February 3, 2021, Robinson fronted the defendant the approximately ten ounces of methamphetamine which was seized during the defendant's arrest. *See* Count 2 below. Following the defendant's arrest, the defendant would still obtain methamphetamine from Smith and Macri for redistribution.

Count 2

On February 4, 2021, in Herrin, Illinois, within Williamson County, Illinois, law enforcement officers stopped a vehicle driven by the defendant. Law enforcement officer searched the vehicle and located, among other things, container with a large Ziploc baggy that had approximately 256 grams of methamphetamine, a black portable digital scale, and baggies inside the container. The Defendant knowingly and intentionally possessed the methamphetamine. The Defendant knew that the substance was a controlled substance. The Defendant intended on distributing the methamphetamine to other individuals. A DEA laboratory forensic chemist would testify that the amount involved was 256.1 grams of Methamphetamine Hydrochloride with a purity of 92%.

Williamson, Jackson, and Alexander Counties are within the Southern District of Illinois.

This stipulation of facts is intended only to provide the Court with a sufficient foundation to accept the Defendant's guilty plea and is not an exhaustive account of the Defendant's involvement in this criminal activity.

_____
LESTER AARON TAYLOR
Defendant

_____
Joseph Flees
Attorney for Defendant

Date: 4/14/23

RACHELLE AUD CROWE
United States Attorney

_____
George Norwood
Assistant United States Attorney

Date: 5/24/22

3